```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 17104
   ARIC A DALE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-3732


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 12/24/2006 and was confirmed 04/11/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 10/17/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED            10203.00          .00          .00
AMERICA'S SERVICING COMP   CURRENT MORTG          .00           .00          .00
AMERICA'S SERVICING COMP   MORTGAGE ARRE       476.80           .00       476.80
RUTHERFORD COUNTY CHILD    DSO ARREARS      NOT FILED           .00          .00
AMERICA SERVICING COMPAN   UNSECURED        NOT FILED           .00          .00
FAST CASH ADVANCE          UNSECURED        NOT FILED           .00          .00
PREMIER BANCARD CHARTER    UNSECURED           398.09           .00          .00
FIRST PREMIERE BANK        UNSECURED        NOT FILED           .00          .00
HOUSEHOLD BANK             UNSECURED        NOT FILED           .00          .00
ECAST SETTLEMENT CORP      UNSECURED           565.27           .00          .00
PEOPLES GAS & LIGHT        UNSECURED           539.95           .00          .00
QUEST DIAGNOSTIC           UNSECURED        NOT FILED           .00          .00
US DEPT OF EDUCATION       UNSECURED         37796.15           .00          .00
AMERICAS SERVICING COMPA   NOTICE ONLY      NOT FILED           .00          .00
CELECTINE MARCH            NOTICE ONLY      NOT FILED           .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        2,333.00                   2,333.00
TOM VAUGHN                 TRUSTEE                                         190.20
DEBTOR REFUND              REFUND                                             .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  3,000.00

PRIORITY                                              .00
SECURED                                            476.80
UNSECURED                                             .00
ADMINISTRATIVE                                   2,333.00
TRUSTEE COMPENSATION                               190.20
DEBTOR REFUND                                         .00
                         ---------------    ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 17104 ARIC A DALE
```

```
TOTALS                              3,000.00               3,000.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 01/25/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```